In re Appropriation for Highway Purposes: Masheter, Director of Highways, Appellee, *v.* Leach et al., Appellants.

[Cite as Masheter, Dir. of Hwys., v. Leach, 5 Ohio St. 2d 257.]

(No. 39683—Decided March 23, 1966.)

*Mr. William B. Saxbe,* attorney general, *Mr. I. Charles Rhoads* and *Mr. Harry R. Paulino,* for appellee.
*Mr. Robert E. Wright,* for appellants.

*Per Curiam.* The judgment of the Court of Appeals is affirmed on the grounds and for the reasons stated in *Masheter, Dir. of Hwys.,* v. *Junk, supra.*

*Judgment affirmed.*

TAFT, C. J., ZIMMERMAN, MATTHIAS, O'NEILL, HERBERT, SCHNEIDER and BROWN, JJ., concur.